UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re

ACME CAKE CO., INC.,                                    Case No. 08-41965 (CEC)

                                      Debtor.
----------------------------------------------------------x

## ORDER COMPELLING DOCUMENT PRODUCTION

        Upon the record of the hearings of this Court relating to Acme Cake Co. Inc.'s (the "Debtor") obligations to the Official Committee of Unsecured Creditors (the "Committee") pursuant to the March 17, 2009 order (the "Rule 2004 Order") of the Bankruptcy Court, including without limitation, the hearings held before the Bankruptcy Court on March 11, 2010 and March 18, 2010, and upon all pleadings filed, and all other hearings held before the Bankruptcy Court in this case, and after due deliberation and sufficient cause appearing therefore, it is

        ORDERED that on or before March 22, 2010 the Debtor shall produce a written response to the document demands so-ordered by the Rule 2004 Order (as modified pursuant to the order of the Bankruptcy Court dated March 19, 2010), together with a plan for the physical production of such documents, which plan shall state when and how such documents will be made available to the Committee; and it is further

        ORDERED, on or before March 25, 2010 the Debtor shall provide the Committee with (a) access to the documents the Debtor has heretofore assembled at the offices of Weinberg

Gross & Pergament, LLP and (b) access to the Debtor's computer for the purposes of coping the hard drive(s) of such computer.



**Dated: Brooklyn, New York**
**March 19, 2010**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**