### KERA & GRAUBARD
ATTORNEYS AT LAW
240 MADISON AVENUE
7TH FLOOR
NEW YORK, N.Y. 10016-2820

(212) 681-1600
FACSIMILE: (212) 681-1601

ELECTRONICALLY FILED
  AND BY E-MAIL
cec_hearings@nyeb.uscourts.gov

June 10, 2010

Honorable Carla E. Craig
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY  11201

                    Re:  Acme Cake Co., Inc.
                         Case No. 08-41965

Dear Judge Craig:

        This will confirm that the parties were unable to be available
for a conference this afternoon and that, in effect, that
conference will be held on the return date of June 16, 2010 at 3:30
p.m., the date of the existing Acme Cake calendar.

        Further, this confirms that we have adjournments on consent of
all the matters on the calendar (motion and fee applications) for
approximately two weeks, subject to the Court's calendar.

        Once the actual adjourned date is set, the parties can work
out dates for discovery, if any, and for responsive papers.

        Thank you for your cooperation.

                              Respectfully yours,

                              M. David Graubard

MDG:rsg

cc by facsimile transmission:

        Marc Pergament, Esq.  (516-877-2460)
        Alicia Leonard, Esq.  (718-422-4990)
        Mark Frankel, Esq.    (212-644-0544)
        Craig Wolfe, Esq.     (212-808-7897)